# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Demetrius Price, Petitioner.

Appellate Case No. 2012-213426

―――――――

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

―――――――

Appeal from Beaufort County
Thomas W. Cooper, Jr., Circuit Court Judge

―――――――

Opinion No. 27470
Heard November 20, 2014 – Filed December 23, 2014

―――――――

## DISMISSED AS IMPROVIDENTLY GRANTED

―――――――

Appellate Defender Kathrine Haggard Hudgins, of
Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Assistant
Attorney General Mark Reynolds Farthing, Chief Deputy
Attorney General John W. McIntosh, and Senior
Assistant Deputy Attorney General Salley W. Elliott, all
of Columbia, for Respondent.

―――――――

**PER CURIAM:**  We granted certiorari to review the Court of Appeals' decision in *State v. Price*, 400 S.C. 110, 732 S.E.2d 652 (Ct. App. 2012).   After careful consideration of the briefs, record, and appendix, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**PLEICONES, Acting Chief Justice, BEATTY, HEARN, JJ., Acting Justice James E. Moore and Acting Justice Paul M. Burch, concur.**